# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTIAN ADRIAN CHICOA,<br><br>*Plaintiff*,<br><br>v.<br><br>CASAS LLC and CITY LAUNDROMAT, INC.,<br><br>*Defendants*. | CIVIL ACTION FILE<br>NO.: 1:19-CV-0817-ODE |

## NOTICE TO TAKE VIDEOTAPED 30(b)(6) DEPOSITION OF DESIGNATED CORPORATE REPRESENTATIVE OF CITY LAUNDROMAT, INC.

PLEASE TAKE NOTICE, that at 2:00 p.m. on October 2, 2019 at Strickland & Schwartz, LLC, 2200 Century Parkway, N.E., Suite 1050, Atlanta, Georgia 30345, the Plaintiff in the above-styled civil action will, pursuant to Federal Rule of Civil Procedure 30(b)(6), proceed to take the videotaped deposition of the designated corporate representative of City Laundromat, Inc., who is the person with all information known or reasonably available to the City Laundromat, Inc. on the issues of:

(1) City Laundromat, Inc.'s discovery responses;

(2) Safe practices, polices, and procedures for inspecting and maintaining all of City Laundromat, Inc.'s properties and/or properties in which it is a tenant;

(3) Prior and subsequent inspections, maintenance and repairs done at the Subject Casas LLC property (including but not limited to the City Laundromat);

(4) Prior store front crashes or curb jumps by vehicles at all of City Laundromat, Inc.'s properties and/or properties owned or managed by the owners of City Laundromat, Inc.;

(5) Subsequent store front crashes by vehicles at all of City Laundromat, Inc.'s properties and/or properties owned or managed by the owners of City Laundromat, Inc.;

(6) Building codes and standards for the subject Casas LLC Property (including but not limited to the City Laundromat);

(7) Placement of bollards at all of City Laundromat, Inc.'s properties and/or properties owned or managed by the owners of City Laundromat, Inc.;

(8) City Laundromat, Inc.'s knowledge of the risk of store front crashes or curb jumps by vehicles prior to the subject incident;

(9) City Laundromat, Inc.'s knowledge of the risk of store front crashes or curb jumps by vehicles subsequent to the subject incident;

(10) Practices, polices, and procedures for identifying hazards or potential hazards in areas of ingress or egress, sidewalks, outdoor walkways, and/or areas adjacent to parking spaces at any of City Laundromat, Inc.'s properties and/or properties owned or managed by the owners of City Laundromat, Inc.;

(11) Any communications between the owners, agents or employees of City Laundromat, Inc. and any other person(s) regarding the placement of outdoor seating in front of the subject City Laundromat location and adjacent to parking spots;

(12) Any research investigation or inquiry by or on behalf of City Laundromat, Inc. regarding safety implications of placing outdoor seating in front of the subject City Laundromat location and adjacent to parking spots; and

(13) Any and all other business entities that the owner(s) of City Laundromat, Inc. now have or previously had any ownership interest in.

The deposition will be taken upon oral examination before an officer authorized by law to administer oaths and to take videotaped depositions for the purposes of discovery and any other purpose allowed by law.

This 28th day of August, 2019.

*- Signature on following page -*

**FRIED ROGERS GOLDBERG LLC**

By: *Adam P. Smith*
    **MICHAEL L. GOLDBERG**
    Georgia Bar No. 299472
    **ADAM P. SMITH**
    Georgia Bar No. 899334
    *Attorneys for Plaintiff*

Three Alliance Center
3550 Lenox Road, N.E., Suite 1500
Atlanta, Georgia 30326-4302
(404) 591-1800 (phone)
(404) 591-1801 (fax)
Michael@frg-law.com
Adam@frg-law.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1B. This pleading has been prepared in Times New Roman font, 14 point.

By: *Adam P. Smith*
      ADAM P. SMITH

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing ***Notice to Take Videotaped 30(B)(6) Deposition of Designated Corporate Representative of City Laundromat, Inc.*** upon all parties to this matter via electronic filing to the following:

William D. Strickland
Strickland & Schwartz, LLC
2200 Century Parkway, N.E., Suite 1050
Atlanta, Georgia 30345

Gene A. Major
James W. Hardee
Robyn M. Roth
Fain, Major & Brennan, P.C.
100 Glenridge Point Parkway, Suite 500
Atlanta, Georgia 30342

This 28th day of August, 2019.

           **FRIED ROGERS GOLDBERG LLC**

           By: *Adam P. Smith*
            **MICHAEL L. GOLDBERG**
            Georgia Bar No. 299472
            **ADAM P. SMITH**
            Georgia Bar No. 899334

Three Alliance Center
3550 Lenox Road, N.E., Suite 1500
Atlanta, Georgia 30326-4302
(404) 591-1800 (phone)
(404) 591-1801 (fax)
Michael@frg-law.com
Adam@frg-law.com