# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTIAN ADRIAN CHICOA, *Plaintiff*, v. CASAS LLC and CITY LAUNDROMAT, INC., *Defendants*. | CIVIL ACTION FILE NO.: 1:19-CV-0817-ODE |

## PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY

Pursuant to Rule 45 of the Federal Rules of Civil procedure, Plaintiff hereby provides notice that he will begin the process of serving the below-described civil subpoenas for records after waiting five (5) business days from the date of this pleading. The subpoenas will be served upon:

- James Howard Robinson, Jr.;
- Robert N. Kenney, P.E.;
- Georgia Power Company.

This 12th day of November, 2019.

                                        Respectfully Submitted,

                                        **FRIED ROGERS GOLDBERG LLC**

                                        By: *Adam P. Smith*
                                              **MICHAEL L. GOLDBERG**
                                              Georgia Bar No. 299472
                                            **ADAM P. SMITH**
                                            Georgia Bar No. 899334
                                            *Attorneys for Plaintiff*

Three Alliance Center
3550 Lenox Road, N.E., Suite 1500
Atlanta, Georgia 30326-4302
(404) 591-1800 (phone)
(404) 591-1801 (fax)
Michael@frg-law.com
Adam@frg-law.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1B. This pleading has been prepared in Times New Roman font, 14 point.

By: *Adam P. Smith*
      **ADAM P. SMITH**

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the within and foregoing *Plaintiff's Notice of Intent to Serve Subpoena on Non-Party* was electronically filed using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

Kevin P. Branch
Elenore C. Klingler
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200
Alpharetta, Georgia 30009

Gene A. Major
James W. Hardee
Robyn M. Roth
Fain, Major & Brennan, P.C.
100 Glenridge Point Parkway, Suite 500
Atlanta, Georgia 30342

This 12th day of November, 2019.

                                                        **FRIED ROGERS GOLDBERG LLC**

                                                        By: *Adam P. Smith*
                                                            **ADAM P. SMITH**
                                                            Georgia Bar No. 899334

Three Alliance Center
3550 Lenox Road, N.E., Suite 1500
Atlanta, Georgia 30326-4302
(404) 591-1800 (phone)
(404) 591-1801 (fax)
Adam@frg-law.com