

# CT Corporation

**Service of Process Transmittal**
11/15/2019
CT Log Number 536641909

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 Hartford Plz, HO-1-09
Hartford, CT 06155-0001

**RE:** **Process Served in Georgia**

**FOR:** Hartford Insurance Company (Cross Ref Name) (Domestic State: CT)
Hartford Fire Insurance Company (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Christian Adrian Chicoa, Pltf. vs. Casas LLC and City Laundromat, Inc., Dfts. // To: Spectrum d/b/a Hartford Insurance Company |
| **DOCUMENT(S) SERVED:** | Letter, Subpoena, Proof, Exhibit |
| **COURT/AGENCY:** | Northern District of Georgia - U.S. District Court, GA
Case # 119CV0617ODE |
| **NATURE OF ACTION:** | Subpoena - Insurance Records - Pertaining to Christian Adrian Chicoa |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Lawrenceville, GA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 11/15/2019 postmarked on 11/12/2019 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | 12/12/2019 at 10:00 a.m. (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Adam P. Smith
Fried Rogers Goldberg LLC
3550 Lenox Road, N.E., Suite 1500
Atlanta, GA 30326
404-591-1839 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/15/2019, Expected Purge Date: 11/20/2019

Image SOP

Email Notification, Michael Johnson MICHAEL.JOHNSON@THEHARTFORD.COM

Email Notification, Fiona Rosenberg Fiona.Rosenberg@thehartford.com

Email Notification, THE HARTFORD SUBPOENA PROCESSING subpoenaprocessing@thehartford.com |
| **SIGNED:**
**ADDRESS:** | C T Corporation System
155 Federal St Ste 700
Boston, MA 02110-1727 |
| **For Questions:** | 800-448-5350
MajorAccountTeam1@wolterskluwer.com |



Page 1 of 1 / NK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



From:

FRIED ROGERS GOLDBERG LLC
3550 Lenox Road, N.E. | Suite 1500 | Atlanta, Georgia 30326-4302

$4.000 US POSTAGE FIRST-CLASS FROM 30326 NOV 12 2019 stamps endicia

CERTIFIED MAIL®

9407 1118 9956 1325 8371 11

To:
Spectrum d/b/a Hartford Insurance Company
c/o CT Corporation System
289 S Culver Street
Lawrenceville GA 30046-4805

30046-480569



JOSEPH A. FRIED
BRIAN D. ROGERS
MICHAEL L. GOLDBERG
BRADFORD W. THOMAS
R. SEAN MCEVOY
BRIAN T. MOHS
ERIC J. D. ROGERS
PARKER M. GREEN
NATHAN A. GAFFNEY
ADAM P. SMITH

November 11, 2019

CHRISTIE HOWELL
DIRECT DIAL: 404-856-3674
DIRECT FAX: 404-591-1801
E-MAIL: christie@frg-law.com

*Via Certified Mail, Return Receipt Requested*
Spectrum d/b/a Hartford Insurance Company
c/o CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046-4805

RE: *Christian Adrian Chicoa v. Casas LLC and City Laundromat, Inc.*
United States District Court, Northern District of Georgia
Civil Action No.: 1:19-CV-0817-ODE

Dear Sir or Madam:

This firm represents Christian Adrian Chicoa, Plaintiff in the above-referenced action. Enclosed you will find a Subpoena which is served on you pursuant to Federal Rule of Civil Procedure 34, and which seeks to obtain information regarding certain records that may be in your possession.

We are happy to pay for any reasonable copying expenses associated with this request. We look forward to receiving your response to this request in a timely manner. Should you have any questions, please do not hesitate to call or email me.

Sincerely,

FRIED ROGERS GOLDBERG LLC

*Christie Howell*

Christie Howell

APS/cmh
Enclosures
cc: Robyn M. Roth, Esquire (w/ encl)
Elenore C. Klingler, Esquire (w/ encl)

THREE ALLIANCE CENTER | 3550 LENOX ROAD, N.E. | SUITE 1500 | ATLANTA, GEORGIA 30326-4302 | 404.591.1800 | FAX 404.591.1801
www.frg-law.com | www.thetruckingattorneys.com

PCN: 300142019111187000085 DCN: 300142019111187000085001 Received Date/Time: 11/18/2019 4:51:27 PM Page 3 of 6

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia

| | |
|---|---|
| Christian Adrian Chicoa <br> *Plaintiff* <br> v. <br> Casas LLC and City Laundromat, Inc. <br> *Defendant* | Civil Action No. 1:19-CV-0817-ODE |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Spectrum d/b/a Hartford Insurance Company, c/o CT Corporation System 289 S Culver Street, Lawrenceville, GA 30046-4805

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: a certified copy of the requested documents in "Attachment A".

| Place: Fried Rogers Goldberg LLC <br> 3550 Lenox Road, N.E., Suite 1500 <br> Atlanta, Georgia 30326 | Date and Time: <br> 12/12/2019 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/12/2019

*CLERK OF COURT*    OR    [signature] on behalf of Adam Smith

*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff** Christian Adrian Chicoa , who issues or requests this subpoena, are:

Adam P. Smith, 3550 Lenox Road, N.E., Suite 1500, Atlanta, GA 30326; (404) 591-1839; Adam@frg-law.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:19-CV-0817-ODE

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT "A"

Any and all documents and tangible things related to Spectrum Policy No.: 83 SBA PV5099 including, but not limited to the underwriting file, any and all incident reports, typed or handwritten notes, appraisals, accountings, itemizations, renewals, cancellations, premium increases, payments, copies of any and all photographs, letters, correspondence whether written, paper copy or electronically transmitted, and any and all written or recorded statements, with any privileged information redacted.